**DISMISS and Opinion Filed December 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00536-CV**

**SHERRY LYNN HENRY, Appellant**
**V.**
**DAVINCI HOMES, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02108-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Nowell
Opinion by Justice Nowell

Appellant's opening brief is past due. By notice dated December 5, 2022, we directed appellant to file, within ten days, her brief along with an extension motion and cautioned her that failure to comply would result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1). Because appellant has failed to comply and the time to do so has passed, we dismiss the appeal. *See id*. 42.3(b), (c). We deny appellee's motion to dismiss the appeal as moot.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

220536F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SHERRY LYNN HENRY, Appellant

No. 05-22-00536-CV        V.

DAVINCI HOMES, LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas

Trial Court Cause No. CC-22-02108-E.

Opinion delivered by Justice Nowell. Chief Justice Burns and Justice Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 21, 2022